IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TNT FLEET SUPPLY, LLC,            *
                                  *
     Plaintiff,                   *    CIVIL ACTION NO.
                                  *    CV 317-006
v.                                *
                                  *
BRANDON MCNURE, FREIGHTLINER      *
OF SAVANNAH, INC., and DUBLIN     *
TRUCK PARTS, LLC,                 *
                                  *
     Defendants.                  *
```

O R D E R

On January 25, 2017, Plaintiff TNT Fleet Supply, LLC, filed the captioned matter upon allegations that Defendants Brandon McNure, Freightliner of Savannah, Inc., and Dublin Truck Parts, LLC ("Defendants") misappropriated certain customer lists ("the Lists") from Plaintiff in violation of the federal Defend Trade Secrets Act, 18 U.S.C. § 1831 et seq., and the Georgia Trade Secrets Act, O.C.G.A. § 10-1-760 et seq.

Plaintiff also filed a motion for a temporary restraining order and for preliminary injunction. Defendants were promptly served with the summons and complaint and the Court's Order of January 30, 2017, which granted Plaintiff an expedited hearing on its motion for immediate injunctive relief. The matter came before the Court for said hearing on

February 1, 2017; all parties appeared and were represented by counsel. The Court heard the testimony of most of the principal witnesses in the case. Following the hearing, the parties have been negotiating a resolution of the matter, but in the interim, they have agreed to certain immediate injunctive relief and submitted proposed consent orders to chambers on February 6, 2017. Having assimilated the separate submissions, the Court **GRANTS** Plaintiff's request for a preliminary injunction (doc. no. 5) as follows:

1. Defendants must immediately secure all copies of the Lists, whether electronic or paper copy, and ensure that no one has access to the Lists other than counsel for Defendants;

2. Defendants are restrained and enjoined from, in any way, directly or indirectly, using or disclosing, or permitting anyone other than counsel for Defendants access to, the Lists;

3. Defendants shall preserve all information in their possession, custody or control, whether in electronic or hard copy, regarding or related to TNT's claims contained in the Complaint.

This Order is binding upon Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with all of them who receive actual notice of the Order by personal service or otherwise in

accordance with Federal Rule of Civil Procedure 65(d)(2). Defendants are instructed to provide a copy of this Order to all Freightliner of Savannah and Dublin Truck Part employees and agents.

This preliminary injunction shall remain in force and effect until further order of this Court. Further, Plaintiff shall **SHOW CAUSE** by way of legal briefing as to how this Court has subject matter jurisdiction under the Defend Trade Secrets Act, 18 U.S.C. § 1831 *et seq.*, within fourteen (14) days hereof. Defendants shall have fourteen (14) days thereafter to respond.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of February, 2017.

UNITED STATES DISTRICT JUDGE