FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 FEB 14 PM 2: 18

CLERK _M. akins_
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

TNT Fleet Supply, LLC

      Plaintiff,

v.

BRANDON MCNURE, FREIGHTLINER OF
SAVANNAH, INC.; AND DUBLIN TRUCK
PARTS, LLC.

      Defendant.

CIVIL ACTION NO: 3:17-cv-00006-DHB-BKE

### ORDER GRANTING REQUEST TO STAY DEADLINES

The parties have filed a joint motion to stay all deadlines, informing the Court that they have reached a settlement agreement and need 30 days to draft and execute all appropriate settlement documents. Based on the consent of the parties, and for good cause having been shown, the Court GRANTS the parties' motion. This case will be stayed for 30 days, up to and including March 16, 2017. Should the parties be unable to finalize their settlement within 30 days, they shall inform the Court prior to the expiration of the stay and show good cause why the stay should be extended.

SO ORDERED this 14th day of February, 2017

_____
DUDLEY H. BOWEN, JR.
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA